# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: MARK L. SHELLY & DARLA K. SHELLY  
2345 BUTTERNUT  
DAVIS, IL  61019  

SSN-xxx-xx-3909 & xxx-xx-0613

Case Number: 04-76153

Case filed on: 12/13/2004  
Plan Confirmed on: 3/18/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $120,090.75       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | LIBERTY SAVINGS BANK FSB | 0.00 | 0.00 | 44,579.88 | 0.00 |
| 004 | BANK ONE | 0.00 | 0.00 | 65,282.93 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 109,862.81 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 011 | BLATT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | BUSINESSMEN'S COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | BLATT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | SHERWINTER MCELROY LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | WORLD FIN. NETWORK NAT'L BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | LYON & SILVESTRI | 0.00 | 0.00 | 0.00 | 0.00 |
| 050 | CLIENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 205 | JP MORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | MARK L. SHELLY | 0.00 | 0.00 | 2,341.76 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,341.76 | 0.00 |
| 001 | AMERICAN FURNITURE & ELECTRONICS | 200.00 | 200.00 | 62.87 | 12.21 |
| 003 | LIBERTY SAVINGS BANK FSB | 5,969.25 | 5,969.25 | 2,111.81 | 0.00 |
| 005 | JP MORGAN CHASE BANK NA% CHASE HOME | 6,652.59 | 6,652.59 | 2,443.43 | 0.00 |
| 006 | BEST BUY / HRS USA | 200.00 | 200.00 | 63.32 | 11.50 |
|  | Total Secured | 13,021.84 | 13,021.84 | 4,681.43 | 23.71 |
| 001 | AMERICAN FURNITURE & ELECTRONICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BEST BUY / HRS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | AMALGAMATED BANK | 439.40 | 43.94 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 4,332.59 | 433.26 | 0.00 | 0.00 |
| 010 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | RESURGENT CAPITAL SERVICES | 181.47 | 18.15 | 0.00 | 0.00 |
| 014 | BUSINESSMEN'S COLLECTION BUREAU | 1,029.61 | 102.96 | 0.00 | 0.00 |
| 015 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | DISCOVER FINANCIAL SERVICES | 10,475.56 | 1,047.56 | 0.00 | 0.00 |
| 020 | BUSINESSMEN'S COLLECTION BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | FREEPORT HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | FREEPORT HEALTH NETWORK | 116.78 | 11.68 | 0.00 | 0.00 |
| 024 | FREEPORT MEMORIAL HOSPITAL | 1,575.67 | 157.57 | 0.00 | 0.00 |
| 026 | HOUSEHOLD BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 635.83 | 63.58 | 0.00 | 0.00 |
| 030 | CREDITORS BANKRUPTCY SERVICE | 838.18 | 83.82 | 0.00 | 0.00 |
| 032 | LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | MACY'S | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | MARSHALL FIELD | 1,171.16 | 117.12 | 0.00 | 0.00 |
| 036 | MARY KAY | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | BLATT & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | PROVIDIAN NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD MERCANTILE AGENCY INC | 2,111.01 | 211.10 | 0.00 | 0.00 |
| 043 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

| | | | | | |
|---|---|---|---|---|---|
| 044 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 045 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | ECAST SETTLEMENT CORPORATION | 3,603.53 | 360.35 | 0.00 | 0.00 |
| 047 | RETAILERS NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 048 | THOMAS P. MCGLONE MD | 0.00 | 0.00 | 0.00 | 0.00 |
| 049 | VICTORIA'S SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| 051 | WFNNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 052 | SMC | 1,811.78 | 181.18 | 0.00 | 0.00 |
| 053 | ECAST SETTLEMENT CORPORATION | 2,360.21 | 236.02 | 0.00 | 0.00 |
| | Total Unsecured | 30,682.78 | 3,068.29 | 0.00 | 0.00 |
| | Grand Total: | 46,404.62 | 18,790.13 | 119,586.00 | 23.71 |

Total Paid Claimant:   $119,609.71
Trustee Allowance:   $481.04
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

　　　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Lydia S. Meyer
　　　　　　　　　　　　　　　　　　　　　　　　　Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008　　　　　　　　By  /s/Heather M. Fagan